### (October 29, 1974)

■ In the Matter of JOHN COLEMAN et al., Respondents, v. HERBERT J. FEUER et al., Constituting the Board of Elections of the City of New York, Respondents. ALBERT VANN, Appellant.— In a proceeding to validate a certain authorization designating one Calvin Williams as the candidate of the Republican Party in the General Election to be held on November 5, 1974 for the public office of Member of the Assembly for the 56th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered October 9, 1974, which granted the application. Judgment affirmed, without costs. We do not pass upon the question of the propriety of the taking of this appeal. Consideration of that issue would delay the determination of this matter, and, in the interest of justice, the appeal should be determined without delay. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of ALBERT VANN, Appellant, v. CALVIN WILLIAMS et al., Respondents.— In a proceeding to invalidate a certain authorization designating respondent Williams as the candidate of the Republican Party in the General Election to be held on November 5, 1974 for the public office of Member of the Assembly for the 56th Assembly District, the appeal is from a purported judgment of the Supreme Court, Kings County. Appeal dismissed, without costs. No judgment was made and entered upon the decision at Special Term and no appeal lies from a decision. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

### (October 30, 1974)

■ In the Matter of JOE E. MOSES, Appellant, v. BOARD OF ELECTIONS, NASSAU COUNTY et al., Respondents.— In a proceeding to validate petitions designating appellant as the candidate of the Peoples Choice Independent Party in the General Election to be held on November 5, 1974 for the public office of Member of the Assembly for the 20th Assembly District, the appeal is from a judgment of the Supreme Court, Nassau County, dated October 24, 1974, which dismissed the petition in the proceeding. Judgment affirmed, without costs. No opinion. Martuscello, Acting P. J., Latham, Cohalan, Brennan and Benjamin, JJ., concur.